IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MOUSSA DIARRA,                              *

          Plaintiff,                      *

v.                                          Case No. 5:21-cv-00276-MTT-CHW
                                        *

GERARD SPIVEY, et al.,
                                        *

          Defendants.
                                        *

## J U D G M E N T

Pursuant to this Court's Order dated August 24, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of August, 2021.

                                            David W. Bunt, Clerk

                                            s/ Vanessa Siaca, Deputy Clerk